1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:    kimberly.bliss@sfgov.org
7

8  Attorneys for Defendants CITY AND COUNTY
   OF SAN FRANCISCO AND HEATHER FONG
9  (IN HER OFFICIAL CAPACITY)

E-filing

EMC

10

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

cv 08      2831

| | |
|---|---|
| 14  TELITHA BALL, DESSIA<br>PATTERSON, a minor, TELITHA<br>15  PATTERSON, a minor, by and through<br>their Guardian ad litem, TELITHA BALL,<br>16<br>       Plaintiffs,<br>17<br>   vs.<br>18  CITY AND COUNTY OF SAN<br>FRANCISCO, EARNEST FERRANDO,<br>19  EDWARD YU, MICHAEL BROWNE,<br>JAMERSON PON, JOHN<br>20  GREENWOOD, DOUGLASS FARMER,<br>WENDELL JONES, SEAN GRIFFIN,<br>21  REESE BURROWS, MICHAEL<br>NELSON, JOHN SYME, DAVID DO,<br>22  KEVIN MURRAY, MATTHEW<br>MASON, KEVIN CHIN, HEATHER<br>23  FONG, and DOES 1 to 30,<br>24<br>       Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL**<br>Under 28 U.S.C. §1441(a), (b)<br>(Federal Question)<br><br>**Attached Documents**<br>**Exh. A:** Register of Action, Superior Court of<br>California, County of San Francisco, *Ball et al.<br>v. CCSF et al.*, Case No. 08-472360<br>**Exh. B:** Summons and First Amended<br>Complaint<br>**Exh. C:** Answer Of Defendants City And<br>County Of San Francisco And Heather Fong To<br>Plaintiffs' First Amended Complaint; Demand<br>for Jury Trial; Objection to Court<br>Commissioner<br><br>Removal Date:    June 6, 2006<br>Trial Date:    Not Set |

25

26      ///

27      ///

28

NOTICE OF REMOVAL                              1                    n:\lit\li2008\081285\00486532.doc
CASE NO.

1    TO:    CLERK OF THE ABOVE-ENTITLED COURT:

2    TO:    PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

3    PLEASE TAKE NOTICE that defendants City and County of San Francisco City and Police

4    Chief Heather Fong, in her official capacity ("Defendants"), hereby remove to this Court the state

5    court action described below.

6    1.    On or about February 20, 2008, plaintiffs filed a complaint in the Superior Court in

7    and for the City and County of San Francisco, Case No. 08-472360. (the "State Court Case").  No

8    summons was issued and such complaint was not served on defendants.  Attached hereto as Exhibit A

9    is the Superior Court Register of Actions reflecting the filing of the complaint.

10    2.    On or about February 21, 2008, plaintiffs Telitha Ball, Dessia Patterson, a minor, and

11    Telitha Patterson, a minor, by and through their guardian ad litem Talitha Ball, filed a First Amended

12    Complaint against defendants City and County of San Francisco, Earnest Ferrando, Edward Yu,

13    Michael Browne, Jamerson Pon, John Greenwood, Douglass Farmer, Wendell Jones, Sean Griffin,

14    Reese Burrows, Michael Nelson, John Syme, David Do, Kevin Murray, Matthew Mason, Kevin

15    Chin, Heather Fong and Does 1 to 30, in the State Court Case.

16    3.    Defendants are informed and believe that the first date upon which any defendant in

17    this action received a copy of the First Amended Complaint was May 7, 2008, when plaintiffs served

18    the City and County of San Francisco with a copy of the complaint by delivering a copy of the

19    Complaint to the Mayor's Office.  Defendant Police Chief Heather Fong was thereafter served in her

20    official capacity on May 19, 2008, when plaintiffs had a copy of the complaint delivered to the Legal

21    Department of the San Francisco Police Department.  Pursuant to 28 U.S.C. §1446(a), copies of the

22    Summons and First Amended Complaint, which constitutes all of the process, pleadings and orders

23    that have been received by the defendants in this case, are attached hereto as Exhibit B.  Defendants

24    were not served with any corresponding notices or any other state court documents, including the

25    original complaint.

26    4.    The First Amended Complaint purports to state *federal* claims pursuant to 28 U.S.C.

27    §1983 (for violation of Plaintiffs' federal constitutional rights) and *Monell v. Department of Social*

28    *Services of the City of New York*, 436 U.S. 658 (1978).

5.    This action is therefore a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) & (b), in that it arises under the federal civil rights laws.

6.    The City and County of San Francisco and Police Chief Heather Fong (in her official capacity) are the only defendants that have been served the Summons and First Amended Complaint in the pending action.  Attached hereto as Exhibit C are copies of the documents defendants have filed in the State Court Case, including:  1) Answer Of Defendants City And County Of San Francisco And Heather Fong To Plaintiffs' First Amended Complaint; 2) Demand For Trial By Jury Of Defendants City And County Of San Francisco And Heather Fong; and 3) Defendants' Objection To Court Commissioner Acting As Judge Pro-Tempore At Trial Pursuant To Local Rule 6.1(c).

**WHEREFORE,** Defendants pray that the above action now pending in the Superior Court of the State of California in and for the City and County of San Francisco be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

Dated:  June 6, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
KIMBERLY A. BLISS
Deputy City Attorney

By: _____
KIMBERLY A. BLISS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND HEATHER FONG (IN HER OFFICIAL
CAPACITY)

1

## PROOF OF SERVICE

2      I, FOLASHADE ADESANWO, declare as follows:

3      I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,
4      1390 Market Street, Sixth Floor, San Francisco, CA 94102.

5      On June 5, 2008, I served the attached:

6                              **NOTICE OF REMOVAL**

7      on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

8
      **Gregory M. Haynes**
9      **2443 Fillmore, #194**
      **San Francisco, Ca 94115**
10
      **Ph: (415) 546-0777**
11     **Fax: (650) 755-1563**
      **Attorney for Plaintiffs: Telitha Ball, Dessia**
12     **Patterson, Telitha Petterson**

13     and served the named document in the manner indicated below:

14  [✓]     **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San
15         Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business,
16         correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

17  [ ]    **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the
18         office(s) of the addressee(s).

    [ ]    **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to
19         be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

20  [ ]    **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.
21         I declare under penalty of perjury under the laws of the State of California that the foregoing
    is true and correct.
22
      Executed June 5, 2008, at San Francisco, California.
23

24

25

26                              FOLASHADE ADESANWO

27

28

NOTICE OF REMOVAL                              4                              n:\lit\li2008\081285\00486532.doc
CASE NO.

# EXHIBIT A

## Superior Court of California, County of San Francisco
Case Number: CGC-08-472360
Title: TALITHA BALL et al VS. CITY AND COUNTY OF SAN FRANCISCO et al
Cause of Action: CIVIL RIGHTS
Generated: Jun-05-2008 5:38 pm PST

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

# Register of Actions

Date Range: First Date  Feb-20-2008    Last Date  Jun-05-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence ▼      ALL FILING TYPES ▼      Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| JUN-05-2008 | DEMAND FOR JURY FILED BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FONG, HEATHER | | |
| JUN-05-2008 | OBJECTION TO HEARING BY COMMISSIONER/PRO TEM ACTING AS JUDGE FILED BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FONG, HEATHER | | |
| JUN-05-2008 | ANSWER TO 1ST AMENDED COMPLAINT FILED BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FONG, HEATHER | View | EXEMPT |
| MAY-14-2008 | ADDED TO PROOF OF SERVICE ORDER TO SHOW CAUSE CALENDAR HEARING SET FOR JUN-17-2008 AT 09:00 AM IN DEPT 212 | View | |
| FEB-29-2008 | SUMMONS ISSUED TO PLAINTIFF BALL, TELITHA GUARDIAN AD LITEM FOR DESSIA PATTERSON AND TELITHA PATTERSON PATTERSON, DESSIA A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TELITHA BALL PATTERSON, TELITHA A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TELITHA BALL | View | |
| FEB-28-2008 | PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM (COURT APPOINTS TELTHA BALL AS GUARDIAN AD LITEM FOR TELTHA PATTERSON) NO S.A.S.E., COPY IN DEPT. 206 OUTBOX FILED BY PLAINTIFF BALL, TELITHA GUARDIAN AD LITEM FOR DESSIA PATTERSON AND TELITHA PATTERSON | View | |
| FEB-28-2008 | PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM (COURT APPOINTS TELTHA BALL AS GUARDIAN AD LITEM FOR DESSIA PATTERSON) NO S.A.S.E., COPY IN DEPT. 206 OUTBOX FILED BY PLAINTIFF BALL, TELITHA GUARDIAN AD LITEM FOR DESSIA PATTERSON AND TELITHA PATTERSON | View | |
| FEB-21-2008 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF BALL, TELITHA GUARDIAN AD LITEM FOR DESSIA PATTERSON AND TELITHA PATTERSON PATTERSON, DESSIA A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TELITHA BALL PATTERSON, TELITHA A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TELITHA BALL AS TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FERRANDO, EARNEST YU, EDWARD BROWNE, MICHAEL PON, JAMERSON GREENWOOD, JOHN FARMER, DOUGLASS JONES, WENDELL GRIFFIN, SEAN BURROWS. REESE NELSON, MICHAEL SYME, JOHN DO, DAVID MURRAY, KEVIN MASON, MATTHEW CHIN, KEVIN FONG, HEATHER DOES I TO 30 | View | |
| FEB-20-2008 | APPLICATION FOR WAIVER OF COURT FEES AND COSTS PURSUANT TO G.C. 68511.3 (CONFIDENTIAL) FILED BY PLAINTIFF BALL, TALITHA PATTERSON, DESSIE A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TALITHA BALL ORDER GRANTING WAIVER OF COURT FEES AND COSTS PURSUANT TO CRC 3.50 - 3.63 | | |
| FEB-20-2008 | NOTICE TO PLAINTIFF | View | |
| FEB-20-2008 | CIVIL RIGHTS, COMPLAINT FILED BY PLAINTIFF BALL, TALITHA PATTERSON, DESSIE A MINOR BY AND THROUGH THEIR GUARDIAN AD LITEM TALITHA BALL AS TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FERRANDO, EARNEST YU, EDWARD BROWNE, MICHAEL PON, JAMERSON GREENWOOD, JOHN FARMER, DOUGLASS JONES, WENDELL GRIFFIN. SEAN BURROWS, REESE NELSON, MICHAEL SYME, JOHN DO, | View | IFP |

DAVID MURRAY, KEVIN MASON, MATTHEW CHIN, KEVIN FONG, HEATHER
DOES 1 TO 30 NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER
SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUL-25-
2008 PROOF OF SERVICE DUE ON APR-21-2008 CASE MANAGEMENT
STATEMENT DUE ON JUL-10-2008

# EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** On FIRST AMENDED COMPLAINT

City and County of San Francisco, Earnest Ferrando, Edward Yu, Michael Browne, Jamerson Pon, John Greenwood, Douglass Farmer, Wendell Jones, Sean Griffin, Reese Burrows, Michael Nelson, John Syme, David Do, Kevin Murray, Matthew Mason, Kevin Chin, Heather Fong and Does 1 to 30

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**

Telitha Ball, Dessia Patterson, a minor, Telitha Patterson, a minor, by and through their guardian ad litem, Telitha Ball

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es):

CASE NUMBER:
(Número del Caso): 472360

Superior Court of the State of California, City and County of San Francisco, 401 McAllister Street, Room 103, San Francisco, CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Gregory M. Haynes, Esq. 2443 Fillmore,#194    (415) 546-0777
San Francisco, Ca 94115                         SB# 111574

DATE: FEB 29 2008    GORDON PARK-LI    Clerk, by CAROLYN BALISTRERI    , Deputy
(Fecha)              (Secretario)                                       (Adjunto)

For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms TM

**SUMMONS**

Code of Civil Procedure §§ 412.20,

Pag

1  Gregory M. Haynes, Esq.
2  SBN: 111574
3  2443 Fillmore, #194
   San Francisco, CA 94115
4   (415) 546-0777

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

FEB 2 1 2008

GORDON PARK-LI, CLERK

BY: _____
        Deputy Clerk

5
6  Attorney for Plaintiffs
   Telitha Ball, Dessia Patterson,
7  a minor, Telitha Patterson,
   a minor,  by and through their
8  guardian ad litem Telitha Ball

9

10      SUPERIOR COURT OF THE STATE OF CALIFORNIA

11         CITY AND COUNTY OF SAN FRANCISCO

12

13                          First Amended Complaint
   Telitha Ball,            ACTION NO.: 472360
14 Dessia Patterson,
15 a minor, Telitha
   Patterson, a minor,      Violation of 42 Section
16 by and through their     1983 Unreasonable Seizure;
   guardian ad litem        Excessive Force;
17 guardian ad litem        Supervisory and Liability;
18 Telitha Ball,            Monell
          Plaintiffs
19

20 v.

21
   City and County of San Francisco,
22 Earnest Ferrando, Edward Yu,
23 Michael Browne, Jamerson Pon,
   John Greenwood, Douglass Farmer,
24 Wendell Jones, Sean Griffin,
25 Reese Burrows, Michael Nelson,
   John Syme, David Do, Kevin Murray,
26 Matthew Mason, Kevin Chin,
27 Heather Fong and
      Does 1 to 30,
28 _____/
                Defendants

                    1

I

Plaintiffs in this matter complain of defendants and each of them as follows:

Defendants (Lt.) Earnest Ferrando, (Sergeant) John Greenwood, (Sergeant) Edward Yu, (Sergeant) Michael Browne, (Sergeant) John Syme, (Inp.) Jamerson Pon, (Officers) Douglass Farmer, Wendell Jones, Sean Griffin, Reese Burrows, Michael Nelson, David Do, Matthew Mason, Kevin Murray and Kevin Chin were at all times herein mentioned employed as police officers with for the City and County of San Francisco and were acting under color of law.

Defendant City and County of San Francisco is a public entity.

Defendant Heather Fong is the Chief of Police for the City and County of San Francisco at all times relevant herein

Plaintiffs are unaware of the true identities of the persons sued herein as does 1 to 30.  Upon discovery the true identities of such person plaintiffs will identify such persons.

Each of the defendants herein was acting as the agent for the other at all times herein mentioned.

Plaintiffs in this matter are Telitha Ball, Dessia Patterson, a minor, and Telitha Patterson, a minor, by and through their guardian ad litem, Telitha Ball. Dessia Patterson and Telitha Patterson are minors and their guardian ad litem is Telitha Ball.  Telitha Ball

1   is an individual plaintiff as well as the guardian ad
2   litem for the minors.

3                              II

4       On or about 1-15-07, defendant officers indicated
5   that they were going to search the premises where the
6   plaintiffs live without a warrant.  The officers
7   indicated that they were going to search the premises
8   in connection with an attempt to locate a suspect who
9   they unreasonably believed was at the premises.  The
10  premises were also the home to the minor son of the
11  Talitha Ball.  The officers believed that the son was
12  on probation at the time.

13      Defendant officers had the house under surveillance
14  and had stopped and detained persons who had exited the
15  premises approximately two hours earlier.

16      Prior to conducting the search without a warrant,
17  defendant officers saw plaintiff Telitha Ball in a
18  vehicle near her home.  Plaintiff was stopped several
19  blocks from her home.  The officers refused to release
20  plaintiff as well as others in the vehicle.

21      The officers searched the cell phones of plaintiff
22  and others in the car and seized such phones.  While
23  detaining plaintiff the officers also refused to
24  release plaintiff so she could use a restroom, causing
25  plaintiff to relieve herself in public. Plaintiff was
26  detained for over an hour.

27      Plaintiff was concerned that the officers were
28  going to conduct an unreasonable search of her home and

                              3

1   in fact were doing so.   In addition to her minor

2   teenage son, two minor daughters, plaintiffs Dessia

3   Patterson and Telitha Patterson and their father

4   resided at the home.

5       Plaintiff Telitha Ball requested permission to be

6   released, in part so she could return home to her minor

7   children and family, as she could hear what seemed to

8   be a search of her home which included helicopters and

9   police dogs.

10      Plaintiff Ball was advised that she would be

11  released if she consented to having her home searched

12  at one point during the detention.

13      Fearing for her family and wanting to be released,

14  so as, in part,  she could return to her home to ensure

15  the safety of her  family including the two daughters,

16  she consented  under duress to the search of her home

17  and was released.  After the permission through force

18  and under duress was given, the officer advised other

19  officers that a warrant was no longer needed because

20  they had plaintiff's consent.   However, the officers

21  had executed the search prior to the request for

22  permission to search and well after plaintiff had

23  consented under duress to the search.

24      Defendants had offered as an explanation of

25  detaining plaintiff Ball that plaintiff was detained so

26  that she could not notify the occupants of the home of

27  the presence of defendants until after entry to the

28  home was made, due to the alleged violent nature of

4

both her minor son and the other suspect.  Further, the officer noted that there was some exigency because they felt an occupant of the vehicle had called the house while the vehicle was detained or about to be detained.

Upon arriving home, she saw the police had forcibly entered causing damages to the house, including the doors.  The officers had entered the house with guns and drawn and had frightening the family at home, including her two minor daughters, plaintiffs.  Further, the officers entered the premises unreasonably using both excessive force and giving inadequate notice prior to entering, as well as entering unlawfully.

The officers knew or should have known that the family, including the minor daughters would be home and subject to the excessive force and unreasonable entry and search, which occurred in the earlier morning or shortly after 12:00a.m.

The officers had continued the search of the home once the plaintiff Ball had arrived, who advised her that they in effect controlled the property and refused to leave.

The two minor children under 6 years of age and their father were detained and search at gun point, as the officer entered the home with guns and police dogs. The minor son was not home nor was the suspect they were seeking arrest or locate.

After the unlawful entry and search of the home,

search and unlawful and unreasonable interference with family relationships, were violated.

As a result of such violation, plaintiffs suffered damages all according to proof at trial.

IV

## Second Cause of Action:
## Monnel Liability

Plaintiffs incorporate the allegations of paragraphs I to III.

Defendant City and County of San Francisco has a policy, practice or custom of unreasonable detaining, arresting and searching and using excessive force.

Further, defendant has a policy, practice and custom of unconstitutional conduct toward persons in the community where plaintiffs lived, live or are closely associated with.

As a result of such unlawful and unreasonable conduct, plaintiffs' constitutional and federal rights were violated, including Section 1983 of title 42 of the Unites States.

As a result of such violation, plaintiffs suffered damages all according to proof at trial.

V

## Third Cause of Action:
## Supervisor Liability

Plaintiffs incorporate the allegations of paragraphs I to III.

Defendant Heather Fong is the Chief of Police in

San Francisco.  Supervisory defendants and does 10 to 20 are both policymakers or nonpolicymaker or comparable supervisors in connection with the police department of the City and County of San Francisco and the City and County of San Francisco generally.

Said defendants failed to properly train and supervise its employees and policies with regard to the above matter, and participated or authorized or acquiesced    in the unconstitutional conduct of which plaintiffs herein  was subjected to and complain of.

As a result of such unlawful and unreasonable conduct, plaintiffs' constitutional and federal rights, including Section 1983 of title 42 of the Unites States Code, were violated.

As a result of such violation, plaintiffs suffered damages all according to proof at trial.

WHEREFORE, plaintiffs request that this court award
a. Compensatory damages according to proof at trial;
b. Punitive damages according to proof at trial;
c. Attorney fees;
d. costs;
e. Such other and further relief as this Court may deem proper

Plaintiffs herein hereby demand a jury trial.

DATE: 2/21/08

Gregory M Haynes
Attorney for Plaintiffs

8

# EXHIBIT C

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:        kimberly.bliss@sfgov.org
7
   Attorneys for Defendants CITY AND COUNTY
8  OF SAN FRANCISCO AND HEATHER FONG
   (IN HER OFFICIAL CAPACITY)
9

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

JUN 0 5 2008

GORDON PARK-LI, CLERK

BY _____
Deputy Clerk

10            SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                       UNLIMITED JURISDICTION

13  TELITHA BALL, DESSIA                    Case No. CGC-08-472360
    PATTERSON, a minor, TELITHA
14  PATTERSON, a minor, by and through      ANSWER OF DEFENDANTS CITY
    their Guardian ad litem, TELITHA BALL,  AND COUNTY OF SAN FRANCISCO
15                                          AND HEATHER FONG TO
           Plaintiffs,                      PLAINTIFFS' FIRST AMENDED
16                                          COMPLAINT
         vs.
17
    CITY AND COUNTY OF SAN
18  FRANCISCO, EARNEST FERRANDO,            Date Action Filed:    February 20, 2008
    EDWARD YU, MICHAEL BROWNE,              Trial Date:           Not Set
19  JAMERSON PON, JOHN
    GREENWOOD, DOUGLASS FARMER,
20  WENDELL JONES, SEAN GRIFFIN,
    REESE BURROWS, MICHAEL
21  NELSON, JOHN SYME, DAVID DO,
    KEVIN MURRAY, MATTHEW
22  MASON, KEVIN CHIN, HEATHER
    FONG, and DOES 1 to 30,
23
           Defendants.
24

25

26       Defendants City and County Of San Francisco and Heather Fong (in her official capacity as

27  Chief of the San Francisco Police Department) (the "Defendants"), respond to Plaintiffs' unverified

28  First Amended Complaint ("complaint") as follows:

                                          1
ANSWER OF CCSF AND H. FONG; CASE NO. CGC-08-472360                n:\lit\li2008\081285\00486529.doc

Pursuant to section 431.30 of the California Code of Civil Procedure, the Defendants deny each and every allegation in the complaint.

## SEPARATE AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiffs fail to state facts sufficient to constitute a cause of action against these defendants.

### SECOND AFFIRMATIVE DEFENSE

(Comparative Negligence)

Defendants allege by way of a plea of comparative negligence that plaintiffs were negligent in and about the matters and activities alleged in the complaint; that said negligence contributed to and was a proximate cause of plaintiffs' alleged injuries and damages, if any, or was the sole cause thereof; and that if plaintiffs ire entitled to recover damages against these defendants, then defendants pray that the recovery be diminished or extinguished by reason of the negligence of plaintiffs in proportion to the degree of fault attributable to plaintiffs.

### THIRD AFFIRMATIVE DEFENSE

(Contribution)

Defendants allege that the fault of persons other than these defendants contributed to and proximately caused the occurrence; and under the principles formulated in the case of *American Motorcycle Association v. Superior Court*, 20 Cal. 3d 578 (1978), and under the provisions of California Civil Code §§1431, 1431.1, 1431.2 and 1431.3, these defendants pray that the percentage of such contribution be established by special verdict or other procedure, and that these defendants' ultimate liability be reduced to the extent of such contribution.

### FOURTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Defendants allege that the complaint and each and every cause of action therein is barred by the statutes of limitations, including without limitation Government Code section 945.6 and California Code of Civil Procedure section 335.1.

n:\lit\li2008\081285\00486529.doc

1

### FIFTH AFFIRMATIVE DEFENSE

2

(Failure to Mitigate Damages)

3

Defendants allege that the complaint and each and every cause of action therein is barred

4

because plaintiffs failed to use reasonable diligence to mitigate their alleged damages, and said

5

failure bars or reduces the recovery, if any, from these answering defendants.

6

### SIXTH AFFIRMATIVE DEFENSE

7

(Defendants' Acts Not A Proximate Cause)

8

Defendants state that any act or omission on the part of the answering defendants was not

9

the proximate cause of plaintiffs' alleged injuries.

10

### SEVENTH AFFIRMATIVE DEFENSE

11

(Negligence of Third Parties - Equitable and Statutory Indemnity for Defendants)

12

Defendants state that plaintiffs' injuries were caused by the negligence or other act or

13

omission of third parties, and defendants are entitled to equitable and statutory indemnity from such

14

third parties.

15

### EIGHTH AFFIRMATIVE DEFENSE

16

(Violation of Penal Code §834a)

17

Defendants allege that Plaintiff were under a duty pursuant to §834(a) of the California

18

Penal Code to refrain from using force to resist their detention and/or arrest; that Plaintiffs breached

19

this duty even though they knew or by the exercise of reasonable care should have known that they

20

were being detained and/or arrested by a police officer; and that as a direct result of Plaintiffs'

21

breach of this duty, Plaintiffs are barred from recovering any loss or damage they may have

22

incurred.

23

### NINTH AFFIRMATIVE DEFENSE

24

(Failure to State A Claim Under *Monell*)

25

Defendants allege that the Complaint fails to state a federal civil rights claim against

26

Defendants under the doctrine announced in *Monell v. Dep't of Social Services*, 436 U.S. 658

27

(1978).

28

## TENTH AFFIRMATIVE DEFENSE

(Immunity - Barred by Tort Claims Act and Penal Code)

To the extent it attempts to state claims under California law, the complaint is barred by the provisions and immunities of the California Tort Claims Act, without limitation:  Government Code Sections 815; 815.2; 815.3; 815.4; 815.6; 816; 818; 818.2; 818.4; 818.5; 818.6; 818.7; 818.8; 818.9; 820; 820.2; 820.21; 820.25; 820.4; 820.6; 820.8; 820.9; 821; 821.2; 821.4; 821.5; 821.6; 821.8; 822; 822.2; 823; 825; 825.4; 825.6; 827; 830; 830.1; 830.2; 830.4; 830.5; 830.6; 830.8; 830.9; 831; 831.2; 831.21; 831.25; 831.3; 831.4; 831.5; 831.6; 831.7; 831.8; 835; 835.2; 835.4; 840; 840.2; 840.4; 840.6; 844; 844.6; 845; 845.2; 845.4; 845.6; 845.8; 846; 850; 850.2; 850.4; 850.6; 850.8; 854; 854.2; 854.3; 854.4; 854.5; 854.8; 855; 855.2; 855.4; 855.6; 855.8; 856; 856.2; 856.4; 856.6; 860; 860.2; 860.4; 862; 865; 866; 867; 895; 895.2; 895.4; 895.6; 895.8; and California Penal Code Sections 148, 409, 834a, 834, 835, 835a, 836, and 849.  Under California law, these defendants are liable only pursuant to statute.

## ELEVENTH AFFIRMATIVE DEFENSE

(Failure to Comply With Claims Requirements—Presentation of All Claims)

Plaintiffs were required to present any and all state claims against the defendants in the form of a timely government claim.  To the extent the complaint attempts to state any claims under California law, the complaint fails to state a cause of action and is accordingly barred pursuant to the California Government Code, including but not limited to Government Code Sections 905.2, 911.2 and 945.4.

## TWELFTH AFFIRMATIVE DEFENSE

(Equitable Defenses)

By reason of Plaintiff's own acts and omissions, Plaintiffs are barred by the equitable doctrines of estoppel, laches, unclean hands, and waiver from seeking any recovery or injunctive relief from Defendants by reason of the allegations set forth in Plaintiffs' complaint.

1

### THIRTEENTH AFFIRMATIVE DEFENSE

2

(No Punitive Damages)

3

Defendants are immune from liability for exemplary damages herein pursuant to the

4

provisions of Section 818 of the California Government Code and federal law.

5

### FOURTEENTH AFFIRMATIVE DEFENSE

6

(Violation of Penal Code)

7

Defendants allege that Plaintiffs violated certain provisions of the California Penal Code,

8

and that Plaintiffs voluntarily assumed all risks, responsibility and liability for the injuries which

9

were the natural and probable result of violating the California Penal Code.

10

### FIFTEENTH AFFIRMATIVE DEFENSE

11

(Careless, Reckless, Wanton and Negligent Acts)

12

At all times mentioned in the complaint, the plaintiffs acted in a careless, reckless, wanton

13

and negligent manner in and about the matters set forth in the complaint; such careless, reckless,

14

wanton and negligent conduct proximately contributed to the injuries and damages, if any, sustained

15

or claimed by plaintiffs; that as a consequence, plaintiffs' claims are barred.

16

### SIXTEENTH AFFIRMATIVE DEFENSE

17

(Release)

18

Plaintiffs have released defendants of liability.

19

### SEVENTEENTH AFFIRMATIVE DEFENSE

20

(Frivolous Action)

21

Plaintiffs' maintenance of this action is frivolous, vexatious and unreasonable, thereby

22

entitling the defendants to sanctions and appropriate remedies (including without limitation

23

attorneys' fees) against plaintiffs.

24

### EIGHTEENTH AFFIRMATIVE DEFENSES

25

(Probable Cause)

26

Defendants had reasonable and/or probable cause to detain, restrain and/or arrest Plaintiffs.

27

28

ANSWER OF CCSF AND H. FONG; CASE NO. CGC-08-472360                    n:\lit\li2008\081285\00486529.doc

1
## NINETEENTH AFFIRMATIVE DEFENSE

2
### (Qualified Immunity)

3
Defendants allege that the action complained of are protected by the doctrine of qualified

4
immunity as set forth in *Anderson v. Creighton*, 107 S.Ct. 3034 (1984), and related cases.

5
## TWENTIETH AFFIRMATIVE DEFENSE

6
### (Self-Defense and Defense of Others)

7
Defendants alleges that if in fact any force was used against plaintiffs, such force was the

8
lawful exercise of the right of self-defense and defense of the public, and any recovery pursuant to

9
said use of force is barred.

10
## ADDITIONAL AFFIRMATIVE DEFENSES

11
Defendants presently have insufficient knowledge or information on which to form a belief

12
as to whether it may have additional, as yet unstated, defenses available.  Defendants reserve the

13
right to assert additional defenses in the event that discovery indicates that they would be

14
appropriate.

15
WHEREFORE, defendant prays for judgment as follows:

16
1.    That plaintiffs take nothing from defendants;

17
2.    That the complaint be dismissed with prejudice;

18
3.    That defendants recover costs of suit herein, including attorneys' fees; and

19
4.    For such other relief as is just and proper.

20
Dated: June 5, 2008

21

22
DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
KIMBERLY A. BLISS
Deputy City Attorney

23

24

25
By: _____

26
KIMBERLY A. BLISS

27
Attorneys for Defendant CITY AND COUNTY OF
SAN FRANCISCO AND HEATHER FONG (IN HER
OFFICIAL CAPACITY)

28

6

## PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 5, 2008, I served the attached:

## ANSWER OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND HEATHER FONG TO PLAINTIFFS' FIRST AMENDED COMPLAINT

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Gregory M. Haynes**
**2443 Fillmore, #194**
**San Francisco, Ca 94115**

**Ph: (415) 546-0777**
**Fax: (650) 755-1563**
**Attorney for Plaintiffs: Telitha Ball, Dessia Patterson, Telitha Petterson**

and served the named document in the manner indicated below:

☒    **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐    **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐    **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐    **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 5, 2008, at San Francisco, California.

FOLASHADE ADESANWO

ANSWER OF CCSF AND H. FONG; CASE NO. CGC-08-472360

n:\lit\li2008\081285\00486529.doc

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:     (415) 554-3837
   E-Mail:        kimberly.bliss@sfgov.org
7
   Attorneys for Defendants CITY AND COUNTY OF
8  SAN FRANCISCO AND HEATHER FONG (IN HER
   OFFICIAL CAPACITY)
9

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

JUN 0 5 2008

GORDON PARK-LI, CLERK

BY: _____
          Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                      UNLIMITED JURISDICTION

13  TELITHA BALL, DESSIA                    Case No.  CGC-08-472360
    PATTERSON, a minor, TELITHA
14  PATTERSON, a minor, by and through      **DEMAND FOR TRIAL BY JURY OF**
    their Guardian ad litem, TELITHA BALL,  **DEFENDANTS CITY AND COUNTY**
15                                          **OF SAN FRANCISCO AND HEATHER**
              Plaintiffs,                   **FONG**
16
          vs.
17                                          Date Action Filed:   February 20, 2008
    CITY AND COUNTY OF SAN                  Trial Date:          Not Set
18  FRANCISCO, EARNEST FERRANDO,
    EDWARD YU, MICHAEL BROWNE,
19  JAMERSON PON, JOHN
    GREENWOOD, DOUGLASS FARMER,
20  WENDELL JONES, SEAN GRIFFIN,
    REESE BURROWS, MICHAEL
21  NELSON, JOHN SYME, DAVID DO,
    KEVIN MURRAY, MATTHEW
22  MASON, KEVIN CHIN, HEATHER
    FONG, and DOES 1 to 30,
23
              Defendants.
24

25

26        Defendant City and County of San Francisco and San Francisco Chief of Police Heather

27  Fong (in her official capacity) hereby demand a trial by jury in the above captioned matter.

28

                                          1
DEF.S' DEMAND FOR TRIAL BY JURY, Case No. CGC-08-472360

1  Dated:  June 5, 2008

2                          DENNIS J. HERRERA
                           City Attorney
3                          JOANNE HOEPER
                           Chief Trial Attorney
4                          KIMBERLY A. BLISS
                           Deputy City Attorney
5

6                          By:_____
7                             KIMBERLY A. BLISS

8                          Attorneys for Defendants CITY AND COUNTY
                           OF SAN FRANCISCO AND HEATHER FONG
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF.S' DEMAND FOR TRIAL BY JURY,  Case No. CGC-08-472360

## PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 5, 2008, I served the attached:

**DEMAND FOR TRIAL BY JURY OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND HEATHER FONG**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Gregory M. Haynes**
**2443 Fillmore, #194**
**San Francisco, Ca 94115**

**Ph: (415) 546-0777**
**Fax: (650) 755-1563**
**Attorney for Plaintiffs: Telitha Ball, Dessia Patterson, Telitha Petterson**

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 5, 2008, at San Francisco, California.

FOLASHADE ADESANWO

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   KIMBERLY A. BLISS, State Bar #207857
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3861
6   Facsimile:     (415) 554-3837
    E-Mail:        kimberly.bliss@sfgov.org
7
    Attorneys for Defendants CITY AND COUNTY OF
8   SAN FRANCISCO AND HEATHER FONG
    (IN HER OFFICIAL CAPACITY)
9

                        ENDORSED FILED
                        SUPERIOR COURT
                    COUNTY OF SAN FRANCISCO

                        JUN 0 5 2008

                    GORDON PARK-LI, CLERK

                    BY: _____
                              Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12                      UNLIMITED JURISDICTION

13   TELITHA BALL, DESSIA                Case No. CGC-08-472360
     PATTERSON, a minor, TELITHA
14   PATTERSON, a minor, by and through  **DEFENDANTS' OBJECTION TO**
     their Guardian ad litem, TELITHA BALL,  **COURT COMMISSIONER ACTING**
15                                        **AS JUDGE PRO-TEMPORE AT**
               Plaintiffs,               **TRIAL PURSUANT TO LOCAL RULE**
16                                        **6.1(C)**
          vs.
17
     CITY AND COUNTY OF SAN
18   FRANCISCO, EARNEST FERRANDO,        Date Action Filed:    February 20, 2008
     EDWARD YU, MICHAEL BROWNE,          Trial Date:           Not Set
19   JAMERSON PON, JOHN
     GREENWOOD, DOUGLASS FARMER,
20   WENDELL JONES, SEAN GRIFFIN,
     REESE BURROWS, MICHAEL
21   NELSON, JOHN SYME, DAVID DO,
     KEVIN MURRAY, MATTHEW
22   MASON, KEVIN CHIN, HEATHER
     FONG, and DOES 1 to 30,
23
               Defendants.
24

25

26        TO ALL PARTIES, TO THEIR ATTORNEYS OF RECORD AND TO THE COURT:

27        PLEASE TAKE NOTICE that, pursuant to Uniform Local Rule 6, Defendants City and

28   County of San Francisco and Heather Fong (in her official capacity) hereby object to a Court

                                         1

1   Commissioner acting as a Judge Pro Tempore for the purposes of presiding over the trial in the

2   above-captioned case.  At this time, defendants will not stipulate to a Court Commissioner acting

3   as a Judge Pro Tempore for the purposes of presiding over the trial.  Defendants, however,

4   reserve the right to consider this option and to enter such a stipulation at a later time.

5   Dated:  June 5, 2008

6                                           DENNIS J. HERRERA
                                            City Attorney
7                                           JOANNE HOEPER
                                            Chief Trial Attorney
8                                           KIMBERLY A. BLISS
                                            Deputy City Attorney
9

10                              By: _____

11                                          KIMBERLY A. BLISS

12                                          Attorneys for Defendants CITY and COUNTY OF
                                            SAN FRANCISCO AND HEATHER FONG
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS' OBJECTION PURSUANT TO LOCAL RULE 6.1(C), Case No. CGC-08-472360

1

## PROOF OF SERVICE

2        I, FOLASHADE ADESANWO, declare as follows:

3        I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza
4   Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

5        On June 5, 2008, I served the attached:

6   **DEFENDANTS' OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO-TEMPORE AT TRIAL PURSUANT TO LOCAL RULE 6.1(C)**

7

8   on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

9
    **Gregory M. Haynes**
10  **2443 Fillmore, #194**
    **San Francisco, Ca 94115**
11

    **Ph: (415) 546-0777**
12  **Fax: (650) 755-1563**
    **Attorney for Plaintiffs: Telitha Ball, Dessia**
13  **Patterson, Telitha Petterson**

14  and served the named document in the manner indicated below:

15  ☒    **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office
16       of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of
17       business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.
18  ☐    **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by
19       hand on the office(s) of the addressee(s).
    ☐    **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above
20       documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the
21       office(s) of the addressee(s).
    ☐    **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine.
22       The fax number of the machine from which the document was transmitted wasFax #'.
         I declare under penalty of perjury under the laws of the State of California that the
23  foregoing is true and correct.

24       Executed June 5, 2008, at San Francisco, California.

25

26

27       FOLASHADE ADESANWO

28

---

3