1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3861
6 | Facsimile:    (415) 554-3837
E-Mail:        kimberly.bliss@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TELITHA BALL, DESSIA PATTERSON, a minor, TELITHA PATTERSON, a minor, by and through their Guardian ad litem, TELITHA BALL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARNEST FERRANDO, EDWARD YU, MICHAEL BROWNE, JAMERSON PON, JOHN GREENWOOD, DOUGLASS FARMER, WENDELL JONES, SEAN GRIFFIN, REESE BURROWS, MICHAEL NELSON, JOHN SYME, DAVID DO, KEVIN MURRAY, MATTHEW MASON, KEVIN CHIN, HEATHER FONG, and DOES 1 to 30,<br><br>Defendants. | CASE NO.: 08-2831 EMC<br><br>**PROOF OF SERVICE**<br><br>Date of Removal:   May 6, 2008<br>Date Action Filed:   February 20, 2008<br><br>Trial Date:   Not Set |
|---|---|

///

///

**PROOF OF SERVICE**

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 9, 2008, I served the following document(s):

**NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE CASES RE EDWARD CHEN; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE EDWARD CHEN; JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER; NOTICE OF TRIAL ASSIGNMENT; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE U.S.D.C. NORTHERN DISTRICT**

**ECF REGISTRATION INFORMATION**

**U.S.D.C. WELCOME NOTICE**

**PUBLIC NOTICE; CONSENT TO A MAG. JUDGES JURISDICTION IN NO. DISTRICT OF CA**

on the following persons at the locations specified:

**Gregory M. Haynes**
**2443 Fillmore, #194**
**San Francisco, Ca 94115**

**Ph:  (415) 546-0777**
**Fax: (650) 755-1563**
**Attorney for Plaintiffs: Telitha Ball, Dessia Patterson, Telitha Petterson**

in the manner indicated below:

☒   **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed June 9, 2008, at San Francisco, California.

/s/
FOLASHADE ADESANWO