UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELITHA BALL, | No. C 08-02831 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO et al, | |
| Defendant(s). | |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, September 15, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 19, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140