Gregory M. Haynes, Esq.
SBN: 111574
2443 Fillmore, #194
San Francisco, CA 94115
 (415) 546-0777

Attorney for Plaintiffs
 Telitha Ball, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Telitha Ball, et. al.,
        Plaintiffs

                                  Action No. 08-831-MHP

                                  Declaration of Gregory M.
                                  Haynes In Support of
                                  Motion for Order
                                   Remanding the Case to
                                   State Court and for an
                                   Order for payment of Costs
                                    And attorney fees

City and County of                  DATE:  Aug 11, 2008
San Francisco, et al.               TIME:  2:00p.m.
        Defendants                  PLACE: Courtroom 15
                                    Judge:
                                    Hon. Marilyn H. Patel


  _____/

I, Gregory M. Haynes, declare as follows:

1

1. I am the attorney for the plaintiffs herein and I have personal knowledge of the information set forth herein.

2. On May 19, 2008, I served the defendant Ernest Ferrando at 850 Bryant with the summons and first amended complaint in this matter.

3. On June 6, 2008, the City and County of San Francisco and Chief of Police Heather Fong, in her official capacity, filed a notice of removal in this court.

4. On June 26, 2008, Ernest Ferrando filed an answer in this matter. He did not join the removal.

5. Prior to June 19, 2008, I spoke with the defense counsel for defendant City and County of San Francisco in this matter and sent correspondence to her. I requested that all the defendants in this matter join the removal and answer the complaint.

6. After June 19, 2008, I spoke with the defense counsel in this matter and requested that the matter be remand to the state court. After determining that Ernest Ferrando had been served, she agreed to remand the matter. I requested that defense counsel waive the 30 day period in which to file a motion. Defense counsel declined to so waive the 30 day period. Defense counsel and I could not agree on the language of the stipulation. She, for example, required that the stipulation provide that Heather Fong, in her individual capacity, joined the removal. She did not.

1  Further, it appears that defense counsel wanted to file
2  an addition notice of removal for other defendants once
3  they were served. Defense counsel also indicated that
4  she  would also be out of the office during part of the
5  week of July 3, 2008.
6   7.   Without the waiver to file the motion after the 30
7  day period set forth in  28 U.S.C. 1447( c ); and the
8  inability to resolve the other issues within the time
9  to file the motion, this motion was made.
10 8.   I have spent in excess of 3 hours on this motion
11 and plan at least one addition hour.  I have also spent
12 2 hours on attempting to get the answers of the other
13 defendants and having them join the removal prior to
14 June 19, 2008, including Heather Fong, who was serviced
15 in this matter.
16 9.   A reasonable hourly rate in this matter is $400.00
17 per hour, and I have spent or plan to spend a
18 reasonable number of hours on this matter which is
19 6 hours, for total expenses on as a result of removal
20 of $2400.00.

I declare under penalty of perjury that the foregoing
is true and correct, executed in San Francisco on July
3, 2008.

                              _____
                              Gregory M. Haynes