**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                      415.522.2000

August 6, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

**RE:  CV 08-2831 MHP, Ball v. City and County of San Francisco**
     **Your Case Number:  CGC-08-472360**

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by: Felicia Reloba
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg